**CITY OF KANSAS CITY, Missouri, Respondent,**

v.

**Ebrahim SHIRAZI, et al., Appellant.**

**No. WD 71191.**

Missouri Court of Appeals, Western District.

Sept. 14, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 2, 2010.

Application for Transfer Denied Dec. 21, 2010.

Joseph R. Borich, III, Leawood, KS, for Appellant.

John H. Altergott, Jr., Kansas City, MO, for Respondent.

Before LISA WHITE HARDWICK, C.J., JAMES EDWARD WELSH, J., and BRIAN C. WIMES, Sp. J.

### ORDER

PER CURIAM:

Ebrahim Shirazi appeals the circuit court's judgment awarding him $100,000 from the City of Kansas City for his condemned property. We affirm. Rule 84.16(b).